UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KING,<br><br>          Plaintiff,<br><br>     v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>          Defendants. | NO. CV 10-6592-TJH (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered (1) granting Defendants' motion for summary judgment; (2) denying Plaintiff's motion for summary judgment; and (3) dismissing the complaint with prejudice.

DATED: January 10, 2014

_____
TERRY J. HATTER, JR.
United States District Judge