UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KING, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF LOS ANGELES, et al., <br><br> Defendants. | NO. CV 10-6592-TJH (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that (1) Defendants' motion for summary judgment is granted; (2) Plaintiff's motion for summary judgment is denied; and (3) the complaint is dismissed with prejudice.

DATED: January 10, 2014

_____
TERRY J. HATTER, JR.
United States District Judge